WILLIAM S. ANDERSON et al., Appellants, *v.* NEW YORK AND HARLEM RAILROAD COMPANY et al., Respondents.

*Anderson* v. *N. Y. & Harlem R. R. Co.*, 136 App. Div. 939, affirmed.

(Argued October 17, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to obtain a judicial determination that the defendant Wheeler is a trustee for the benefit of the plaintiffs of all damages, fee and rental, sustained through the maintenance and use of the viaduct on Park avenue in front of certain property by the defendant railroad companies; for an injunction restraining the defendant Wheeler and the defendant railroad companies from settling as between themselves the claims for said damages, and for an injunction restraining the defendant railroad companies from maintaining and using said viaduct until they pay the plaintiffs the fee damages to be fixed by the court.

37

*L. M. Berkeley* for appellants.

*Horace E. Deming* for Everett P. Wheeler, respondent.

*Alexander S. Lyman, Ira A. Place* and *William Greenough* for New York and Harlem Railroad Company et al., respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not sitting: GRAY, J.